# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No.: 26-4058 MJ |
| v. | **CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |
| Andreas Martinez | |

I, Michael Wantz, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1 (Knowing Possession of Child Pornography)

On or about January 1, 2025 - February 18, 2026, in the District of Arizona, Defendant Andreas Martinez, did knowingly possess and access with intent to view 1 or more matter which contains any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.  The files contained a prepubescent minor or minor under age 12.  Some of the files can be described as files containing the characters "4956064_n," "66279_n," "29580_n," "29410_n," "97275_n," "bf27a5-.mp4," "446_n.webp," "9827ec9.webp," "30ee07.webp," "9123e9.webp," "6717a3e.webp," "d9e4f7b.webp," "b08583.webp," "huxcr.jpg," "ignpp," "nmjvz," "thfkt," "GjSBVsmb0AAvxtj," "58921.jpg."

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256. See Attachment A.

I further state that I am a Special Agent from the HSI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: _s/Gayle L. Helart_, AUSA    *Gayle L. Helart*

Digitally signed by GAYLE HELART
Date: 2026.02.19 07:52:33 -07'00'

**CC:  USM & PTS**

Michael Wantz, Special Agent, HSI
_____
Name of Complainant

MICHAEL S WANTZ
Digitally signed by MICHAEL S WANTZ
Date: 2026.02.19 07:41:42 -07'00'
_____
Signature of Complainant

Telephonically Sworn to and subscribed

_____    at    Flagstaff, Arizona
Date                                              City and State

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
_____
Name & Title of Judicial Officer

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.02.19 08:13:15 -07'00'
_____
Signature of Judicial Officer

## Attachment A

## Statutes

**Count 1:  Possession of Child Pornography.**  It is a violation under 18 U.S.C. § 2252(a)(4)(B) to knowingly possess or access with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.  One or more of the files contains a prepubescent minor or a minor under the age of 12.

A violation of 18 U.S.C. § 2252(a)(4)(B), (b)(2), and 2256 is punishable by 0-20 years,  $250,000, and between 5 – lifetime supervised release.

## <u>ELECTRONICALLY SUBMITTED AFFIDAVIT IN</u>
## <u>SUPPORT OF PROBABLE CAUSE FOR ARREST</u>

I, Michael Wantz, Special Agent with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION</u>

The facts of this case, as more fully detailed herein, are that I have been investigating allegations involving a 21-year-old man, Andreas Martinez (DOB 2005, full DOB known to me), who is a resident on the San Carlos Apache Indian Reservation, in Arizona. The allegations include 44 Cybertips that have been associated with child exploitative materials, some being federally chargeable child pornography, being distributed and possessed on different social media platforms [Facebook, Google, Instagram, Lemon8, TikTok, and X Corp. (formerly Twitter)] associated with Martinez by various identifiers associated with him such as his name, DOB, phone number, email, and IP address information. The social media platforms are all accessed via applications that are downloaded through the internet and used by account holders through the internet, a facility of interstate or foreign commerce.

On February 14, 2026, the Honorable Camille D. Bibles authorized search warrants for Martinez's residence (XXX E. US Highway 70, # XXXX, Bylas, Arizona—full residence known to me) and Martinez's person (Case Number 26-04047MB and 26-04048MB, respectively, both which remain sealed). On February 18, 2026, law enforcement agents executed the warrants. Martinez's phone was seized from his person and files that were observed by the social media companies were observed on his phone. Additionally, a small residence that had been recently built and sitting next to the residence where a search was authorized, was also searched with Martinez's consent because law enforcement learned that Martinez had recently moved into this residence with financial assistance. In this residence, several notebooks were located and law enforcement seized

1

approximately six of them because they contained handwritten journaling.  The writings appeared to be Martinez documenting his sexual abuse of minor age boys to whom he had access.  Further investigation will be done with respect to this development.

## PRELIMINARY BACKGROUND INFORMATION

1.      I am a Special Agent with the United States Department of Homeland Security (DHS) / Immigration and Customs Enforcement (ICE) / Homeland Security Investigations (HSI) in Douglas, Arizona.  As such, I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, among others.  I have been a Special Agent with DHS / ICE / HSI since May 2018.  In preparing to become a Special Agent, I first attended the Basic Criminal Investigator Training Program immediately followed by the HSI Special Agent training program at the Federal Law Enforcement Training Center in Glynco, Georgia.   I have received approximately 24 weeks of specialized training at the Federal Law Enforcement Training Center which included several hundred hours of comprehensive, formalized, and specialized instruction on numerous subjects, including child exploitation, human trafficking, alien smuggling, narcotics smuggling, money laundering, counter-proliferation, physical surveillance, electronic surveillance, and undercover operations.  Prior to joining HSI, I was a United States Border Patrol Agent since 2008 in Naco, Arizona.  In that capacity, I was responsible for conducting investigations related to crimes against the immigration laws of the United States.  In October 2019, I received cross-certification of federal peace officers (A.R.S. 13-3875) by Cochise County Sheriff Mark Dannels.  I have maintained the cross-certification which I renew every October.  With this cross-certification, I possess and exercise all law enforcement powers of peace officers in the state of Arizona.

2.      Since October 2023, I have been assigned to the Human Exploitation and Trafficking (HEAT) group.  I am specifically assigned to conduct investigations that focus

on crimes against children where computers and the Internet are used.  In this capacity, I am responsible for conducting local, state, and federal investigations related to crimes involving the sexual exploitation of children.  In connection with this assignment, I have received both formal and on the job training in the investigation of cases involving the sexual exploitation of children.  I have participated in the investigation of several cases involving the use of computers and the Internet to commit violations of child exploitation laws and have participated in all aspects of such investigations including conducting surveillance, interviewing suspects, and obtaining search warrants for computers, cellular telephones and digital media.  I am familiar with the federal definition of child pornography under 18 U.S.C. § 2256, and I am familiar with the fact that child pornography can also be referred to as Child Sexual Abuse Material or CSAM.

3.    In the course of my official duties, I am charged with the investigation of crimes occurring (among other places) the San Carlos Apache Indian Reservation.

4.    I have set forth sufficient facts to establish probable cause that Martinez has committed a violation of 18 U.S.C. § 2252(a)(4)(B), Possession and Access with Intent to View Child Pornography.

## STATUTORY AUTHORITY

5.  This investigation concerns an alleged violation of 18 U.S.C. § 2252(a)(4)(B) related to material involving the sexual exploitation of minors.  18 U.S.C. § 2252(a)(4)(B), in summary, prohibits a  person from knowingly possessing or accessing with intent to view, any matter which contains any visual depiction if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, that has been transported using any means or facility of interstate commerce, including by computer.

## NCMEC

6.    The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit organization to serve as a

national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further their mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Programs. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Programs available to law enforcement and uses this information to help identify trends and create child safety and prevention messages. As a national clearinghouse, NCMEC also works with electronic service providers (ESPs), law enforcement, and the public in a combined effort to reduce online child sexual exploitation. NCMEC does not act in the capacity of or under the direction or control of any government or any law enforcement agency. NCMEC does not independently investigate and cannot verify the accuracy of the information submitted by reporting parties.

7.      CyberTipline Reports are initially submitted to NCMEC. Anyone can submit a CyberTipline Report, although the majority of CyberTipline Reports I review are submitted by ESPs such as Google, Facebook, Instagram, Yahoo, Microsoft, Dropbox, and the like. CyberTipline Reports from ESPs typically contain information about the subscriber, such as the subscriber's username, email address, telephone numbers, and IP address history. CyberTipline Reports also contain the child exploitation material that caused the ESP to initiate the report. That child exploitation material is often image or video files of child pornography as defined by federal law. I am also familiar that ESPs are not required to affirmatively detect inappropriate / illegal materials on their platform, but if they find it, they have a duty to report it. Most legitimate services will want to find such materials, however, and give varying efforts to find it and report users.

8.      I am aware of the Ninth Circuit decision in *United States v. Wilson,* 13 4th 961 (9th Cir. 2021) that held it is a Fourth Amendment violation for law enforcement to view files if the electronic service provider giving the referral did not view them first. In these 44 Cybertips, the ESP officials viewed the files and that was reflected in the Cybertip or a search warrant was obtained to view them by the Internet Crimes Against Children

Task Force in Phoenix, Arizona, as they were the first to receive Cybertip information sent by NCMEC. [1]

## DETAILS OF INVESTIGATION

9.      In the following investigative details, all dates are on or about those dates as dates and times are often reported in UTC time, which stands for Universal Coordinated Time.  In Arizona, to calculate the time an event occurred, seven hours needs to be subtracted (-7) such that an event reported to be, for example at 6:00 a.m. on a specific date, really occurred at 11:00 p.m. the day before.  The DOB that Martinez gave to create the accounts in the Cybertips were of his actual DOB and are redacted in this affidavit.

10.     This investigation includes Cybertips from Facebook (2), Google (7), Instagram (1), Lemon8 (27), Tik Tok (6), and X Corp (formerly Twitter) (1), for a total of 44 Cybertips.   The Cybertips contained information that often associated with other Cybertips on other platforms, i.e. Username / Screenname, phone number, DOB used, and/or IP address.  The Cybertips were reported to NCMEC between January – June 2025.  Also, I saw several files that, though named differently by the platforms, were visually similar with some examples of this set forth below.

*Cybertips Involved in this Investigation*

| Date | Provider and Cybertip # | Cybertip # | Data Associated |
|------|------------------------|-----------|-----------------|
| 1/8/25 | Facebook | 204515778 | 19289464429 (verified) DOB 6-2-1997 Username "Mrgay Photos" |
| 1/8/25 | Facebook | 204523006 | Name "Frost Bite" DOB XX-XX-2005 andreas.martinez644@gmail.com |

---

[1] In Cybertip 204515778 (Facebook), the Honorable Lindsay Hughes, Maricopa County Superior Court, signed a search warrant allowing the files to be viewed.  In Cybertip 204523006 (Facebook), the Honorable Genene Dyer, Maricopa County Superior Court, signed a search warrant allowing the files to be viewed.  In Cybertip 206048521 (X Corp.), the Honorable William Cawthon, Maricopa County Superior Court, signed a search warrant allowing the files to be viewed.

| | | | andreasmartinez651@gmail.com |
|---|---|---|---|
| 1/5/25 | Google | 204409280 | XXX-XXX-4429<br>XX-XX-2005<br>andreas.martinez644@gmail.com<br>Andreas.Martinez409@gmail.com |
| 4/23/25 | Google | 209818885 | Name: Andreas Martinez<br>DOB XX-XX-2005<br>andreas.martinez1275@gmail.com |
| 4/30/25 | Google | 211141693 | Andreas Martinez<br>XXX-XXX-4429<br>XX-XX-2005<br>andreasmartinez021@gmail.com<br>andreas.martinez12775@gmail.com |
| 5/1/25 | Google | 211322856 | Andreas Martinez<br>XXX-XXX-4429<br>XX-XX-2005<br>andreasmartinez021@gmail.com<br>andreas.martinez12775@gmail.com |
| 5/1/25 | Google | 211330467 | Andreas Martinez<br>XXX-XXX-4429<br>XX-XX-2005<br>andreasmartinez021@gmail.com<br>andreas.martinez12775@gmail.com |
| 5/2/25 | Google | 211336657 | Andreas Martinez<br>XXX-XXX-4429<br>XX-XX-2005<br>andreasmartinez021@gmail.com<br>andreas.martinez12775@gmail.com |
| 5/2/25 | Google | 211343940 | Andreas Martinez<br>XXX-XXX-4429<br>XX-XX-2005<br>andreasmartinez021@gmail.com<br>andreas.martinez12775@gmail.com |
| 1/7/25 | Instagram | 204491067 | XXX-XXX-4429<br>XX-XX-2005<br>Screenname "myprivatephotos2025" |
| 4/17/25 | Lemon8 | 209554700 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/17/25 | Lemon8 | 209554727 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/21/25 | Lemon8 | 209723216 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Screenname "andreas_ocano_martinez " |
| 4/21/25 | Lemon8 | 209725064 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Screenname "andreas_ocano_martinez " |
| 4/21/25 | Lemon8 | 209725071 | XXX-XXX-1128<br>andreasmartinez021@gmail.com |

| | | | |
|---|---|---|---|
| | | | Screenname "andreas_ocano_martinez_" |
| 4/21/25 | Lemon8 | 209725124 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/21/25 | Lemon8 | 209725128 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/21/25 | Lemon8 | 209725130 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/21/25 | Lemon8 | 209726385 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260159 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260288 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260291 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260407 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260414 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260431 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260438 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213260446 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275056 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275129 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275204 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275315 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275350 | XXX-XXX-1128 |

| | | | |
|---|---|---|---|
| | | | andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275441 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275616 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275673 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213275984 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 6/4/25 | Lemon8 | 213285006 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 4/17/25 | TikTok | 209553141 | XXX-XXX-1128 (CT said Carolyn Cox was customer in Springerville, AZ)<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34" |
| 5/30/25 (but also says on first page 4/17/25) | TikTok | 209553143 | XXX-XXX-1128<br>andreasmartinez021@gmail.com<br>Username "mr.martinez34"<br>Incident time 3/24/25 |
| 4/21/25 | TikTok | 209725185 | andreasmartinez409@gmail.com<br>Username "unknown.person23333" |
| 4/21/25 | TikTok | 209725186 | andreasmartinez409@gmail.com<br>Username "unknown.person23333" |
| 4/21/25 | TikTok | 209725187 | andreasmartinez409@gmail.com<br>Username "unknown.person23333" |
| 4/21/25 | TikTok | 209725236 | andreasmartinez409@gmail.com<br>Username "unknown.person23333" |
| 2/10/25 | X Corp | 206048521 | Screenname "mar49596"<br>andreas.martinez12775@gmail.com<br>User Provided Full name:  Andreas Martinez<br>IP address 97.181.211.219, which was included in Cybertips 209725185, 209725186, 209725187 and 209725236. |

*Facebook*

11. Facebook is a social media company owned by Meta Platforms, Inc.  It is a social media platform that allows its users to access it through any internet connected device such as a cellular telephone, laptop computer, tablets, or desktop computer.

Facebook asks its users to create a profile with personal information about themselves, and then users can post comments and image and video files which can be seen publicly or by anyone who has become a "friend."    Users can also communicate directly with each other through Facebook Messenger and join groups of users for communication and sharing files.

12. Facebook reported two Cybertips on January 8, 2025. In Cybertip 204515778, Facebook reported that the Username / Screenname was "Mrgay Photos," and the phone number was XXX-XXX-4429 which was verified.  In my experience, "verified" means that Facebook sent a communication to the phone number which was acknowledged by a return communication.  The DOB associated with the account was 6-2-1997, which is not the same as for Andreas Martinez.  In this Cybertip, I saw the file ending in **4956064_n** showing a prepubescent boy laying on something blue.  He is wearing a shirt and brown pants, with another person pulling down the boy's pants so that his penis is exposed and the focus is on his penis.  The file ending in **66279_n** shows a boy who looks about 2 years old to me, with his shirt pulled up to his chest and his blue shorts pulled down to his thighs exposing his penis.  The file ending in **29580_n** shows a boy who looks about 10 to me wearing a yellow t-shirt and jeans who is sitting but with his hands pulling his unbuttoned jeans down exposing his erect penis.

13.  The second Facebook Cybertip 204523006, referred to NCMEC the same date of January 8, 2025, related to an account with the Username / Screenname "Frost Bite," but with Martinez's actual DOB of XX-XX-2005.  The email addresses associated were andreas.martinez644@gmail.com  and  andreasmartinez651651@gmail.com.    The file ending in **29410_n** showed a boy who looks about 10 to me wearing a yellow t-shirt and jeans who is sitting but with his hands pulling his unbuttoned jeans down exposing his erect penis.  [This picture was visually similar to the file ending in 29580_n just described above.] The file ending in **97275_n** shows a prepubescent boy standing in a street with his pants and underwear pulled down to his knees so that his genitals are exposed, with the focal point on the boy's genitals.

### *Google*

14. I am familiar with Google in that Google provides a robust and popular search engine for internet users, but it also provides other internet services such as offering email and YouTube, a video hosting site which allows individuals to upload video content and sharing. Google Photos is the cloud-based storage ability for Google users to store, edit, and share videos and images of a user.

15. Google submitted seven (7) Cybertips between January 5 – May 2, 2025. I observed that all the tips reported the name "Andreas Martinez," a phone number of XXX-XXX-4429, a DOB that is Andreas Martinez's DOB in 2005, and the email addresses of andreas.martinez1275@gmail.com, andreas.martinez12775@gmail.com, andreasmartinez021@gmail.com, andreas.martinez644@gmail.com, and Andreas.Martinez409@gmail.com. These are similar variations that I saw in other Cybertips in this investigation.

16. In three of the seven Google Cybertips, Google authorities saw the child exploitative materials on YouTube, and in the other four, the materials were in Google Photos.

17. I viewed all the files from these Google Cybertips and saw some files that contained federally chargeable child pornography. In Cybertip 209818885, a 59 second video file ending in **bf27a5-.mp4** showed several panes of sex activity. In one pane, there is a nude adult woman straddling a nude boy who appears about 4 years old to me, with a "play" icon in the center of the pane. In another pane, a girl who appears about 10 years old, is masturbating. In a third pane, an adult woman is performing oral sex on a boy who appears about 2 years old. In a fourth pane, a boy about 4 years old, is being anally penetrated by an adult man and crying. There are other examples in this video. There is

10

superimposed text that suggests the video will cost $40. In other files of the Google Cybertips collectively, I saw files showing boys under age 12 partially nude with their nude genitals exposed because their clothing is pulled aside or down (i.e. standing on trampoline, standing by a closet, by a tree, by a river). There were also visual duplicates from the other social media platforms' Cybertip submissions.

18. I also noted that Google Cybertip 211322856 provided analysis and related 10 other Cybertips involved in this case to the email andreas.martinez12775@gmail.com; related 15 other Cybertips involved in this case to the email andreasmartinez021.gmail.com; related the numerous IP addresses that started with "2600:1011:…." seen to four (4) other Cybertips reported in this case where those numerous IP addresses were also used; the IP addresses of 75.222.0.127 and 75.226.148.199 to four Cybertips, and the phone number XXX-XXX-4429 to eight other Cybertips in this case.

*Instagram*

19. I am familiar with Instagram which is owned by Meta Platforms. Instagram is a social media platform that allows its users to upload video and still images, be organized by hashtags for content, and be associated with geographic locations by geographical tagging. Instagram users can decide their posts are shared publicly, or just to other Instagram users, called followers, with privacy settings.

20. Instagram submitted one Cybertip 204481067 on January 7, 2025. The phone number associated with the account was XXX-XXX-4429, the Username / Screenname was "myprivatephotos2025" and the IP address was 97.181.168.188. I noted that this phone number was the same as reported by Facebook and was verified, and it was also reported by Google on its Cybertips. Further, the DOB reported by the user was Andreas Martinez' actual DOB. One file ending in 446_n.webp showed a photo of a nude boy who

appeared about eight (8) years old to me lying on his back facing away from the camera. An adult woman is laying on the couch also with her open mouth near the boy's penis.

21. The Instagram Cybertip related the phone number XXX-XXX-4429 to seven other Cybertips in this case [204515778, 211141693, 211322856, 211330467, 211336657, 211343940, 204409280].

### Lemon8

22.     I am familiar that Lemon8 is a social media company available via an application created by ByteDance, the same company that owns TikTok. It is relatively new and reached the United States for download in early 2023. TikTok has recently allowed its users to log into their Lemon8 accounts from TikTok, and so content can be shared between the two platforms. Lemon8 markets itself as a mix of Instagram, Pinterest, and Canva and it focuses on aesthetic and lifestyle focused content. Users can create an account by downloading the application, entering a birthdate, choosing a username, and choosing interests from "beauty, fashion, food, travel, wellness, and pets." Users can post their own contents and can view other account holders' content.

23. In this case, Lemon8 submitted 27 Cybertips in 2025 on April 17, April 21, and June 4. I noticed that, despite the three separate reporting dates, each Cybertip reported child exploitative files uploaded on only two dates—March 17, 2025, and March 24, 2025. Out of the 27 Cybertips, all of them reported the common telephone number of XXX-XXX-1128, and the same email address of andreasmartinez021@gmail.com.

24.     But then it looked as though there were two accounts created because three of the 26 Cybertips showed an Incident Date of March 17, 2025, where the Username / Screenname was "andreas_ocano_martinez_" and the IP address used for the upload was 174.205.32.112. In the remaining 23 Cybertips, the Incident Date of the upload was March

24, 2025, associated with the Username / Screenname being "mr.martinez34" and the IP address used was 174.205.103.24.

25. I viewed the files from each of the 26 Lemon8 Cybertips and noted several duplicates had been uploaded. Some examples of files that I observed that fit within the definition of child pornography under 18 U.S.C. § 2256 were as follows.

26. From Cybertip 209725071 with an upload date of March 17, 2025, the file ending in **9827ec9.webp** shows a boy who appears to me to be about 3 years old. The picture focuses closely on his uncircumcised penis. From the same Cybertip, the file ending in **30ee07.webp** shows a boy who appears to me to be about 3 years old. The boy is standing and his penis is pulled through the opening of his red pants with a heart drawn around his exposed penis. From the same Cybertip, the file ending in **9123e9.webp** shows a boy who appears to be about 8 years old to me. He is wearing a black T-shirt and no pants, lying on his back on a blue couch. The focal point of this picture is on the boy's penis.

27. From Cybertip 209725130, with the Incident Date of March 25, 2025, the file ending in **6717a3e.webp** shows two boys who appear to be about 10 years old to me. The boy on the left is wearing a "Kingdom" sweatshirt and appears to be holding his penis with his right hand although it is not visible, and the boy on the right is wearing an "Air Jordan" shirt holding his shirt up with his left hand and pulling his pants down with his right hand exposing his genitals. From that same Cybertip, the file ending in **d9e4f7b.webp** shows a boy who looks about 4 years old to me. He is pulling up his shirt, and his shorts are pulled down below his hips exposing his genitals. From Cybertip 209725128, with files uploaded on March 24, 2025, the file ending in **b08583.webp** shows a boy who looks about 3 years old wearing a blue "Frozen" t-shirt standing in a store. He is holding his t-shirt up to his chest and no pants are visible, and woman's arm is also holding up the t-shirt. His genitals are exposed.

13

*TikTok*

28. TikTok is a social media platform geared toward sharing videos uploaded by its users.  TikTok is owned by ByteDance, who also owns Lemon8.  The videos can feature anything like dancing, singing, comedy, "how-to" type content, and has a variety of special interest focused content such as makeup tips, consumer trends, music.

29.  TikTok reported 6 Cybertips – two on April 17, 2025, and four on April 21, 2025.  I noticed that the two from April 17, 2025, showed the account was associated with the phone number XXX-XXX-1128, the Username / Screenname "mr.martinez34," the IP address 174.205.103.24, and the Incident Date for upload(s) being March 24, 2025.

30.  I also noted that the four (4) Cybertips reported on April 21, 2025, reflected that the account was associated with the email account andreasmartinez409@gmail.com, and the Username / Screenname was reflected as "unknown.person23333."

31.  I viewed all the files in these Cybertips and saw files in some that looked like federally chargeable child pornography to me.  In Cybertip 209553141, reported on April 17, 2025, I saw a file called **huxcr.jpg** that shows two boys who appear to be about 10 years old to me.  The boy on the left is wearing a "Kingdom" sweatshirt and appears to be holding his penis with his right hand although it is not visible, and the boy on the right is wearing an "Air Jordan" shirt holding his shirt up with his left hand and pulling his pants down with his right hand exposing his genitals.  [This is the same picture I saw in Cybertip 209725130 from Lemon8 described above.]

32. In Cybertip 209725185, reported on April 21, 2025, 35 uploaded images of nude and partially nude minors were reported by TikTok, some of which were visual duplicates to what I had seen in other Cybertips in this case.  File **ignpp** showed a boy who looked about 3 years old to me, standing with no clothing visible.  The photo of his exposed penis was taken from the camera viewpoint being near the boy's knees.   File **nmjvz** showed a

14

boy with his penis exposed, who looked about 4 years old to me sitting on a white blanket with cars on it.  The photo was taken from above his head with his penis visible while he eats a cracker.  File **thfkt** shows a boy who appears to me to be about 3 years old.  The boy is standing and his penis is pulled through the opening of his red pants with a heart drawn around his exposed penis.  [This is visually identical to a photo described above in Cybertip 209725071 from Lemon8].

### *X Corp.*

33. I am familiar that X Corp. was formerly known as Twitter, Inc. until 2023.  It is a social media company that allows its users to send messages, and post visual and audio files.  In this case, X Corp. reported one Cybertip 206048521 on February 10, 2025.  The Username / Screenname was "mar49596," and the email associated was andreas.martinez12775@gmail.com.   The user provided name was "Andreas Martinez." I noted that NCMEC associated this Cybertip with other Google Cybertips in this case through the andreas.martinez12775@gmail address [Cybertips 211141693, 211322856, 211330467, 211336657, and 211343940].  Additionally, NCMEC associated this Cybertip with four other TikTok Cybertips in this case through the IP address used of 97.181.211.219 [Cybertips 209725185, 209725186, 209725187, and 209725236].

34. I have viewed the files reported by X Corp. as child exploitative.  The file called **GjSBVsmb0AAvxtj** shows a picture of a boy who appears about 10 years old to me.  He is wearing a yellow T-shirt and jeans.  He is sitting but his hands are pulling his unbuttoned jeans down exposing his erect penis.  The file ending in **58921.jpg** shows a prepubescent boy wearing a black t-shirt and no pants laying on his back on a couch.  The focal point of this picture is on the boy's nude genitals.

35.  Several of these files described in these tips visually matched files seen on Martinez's phone in his possession.

## IDENTIFYING ANDREAS MARTINEZ AND HIS RESIDENCE

36.     From the Cybertips, I checked the name Andreas Martinez DOB XX-XX-2005 because that information had been given by the user in most of them.  Andreas Martinez does not have a driver's license, identification card, or employment.  I located a Mesa Police Department vehicle accident report from 2023 where Andreas Martinez was listed as a juvenile passenger along with his grandparents (who are also his guardians) and a sibling.  Their address was reflected as XXX E. US Highway 70, Bylas, Arizona 85530.  I also reviewed a report from February 18, 2020, from San Carlos Apache Police Department relating to sexual assault allegations against Martinez, then a juvenile reflecting the DOB of XX-XX-2005, involving an 8-year-old male family member.    The police report reflected that the video had been distributed by the high school students through their phones before a student brought it to the school administrators' attention.  In that case, the police report further reflected that Martinez admitted the conduct but stated that the 8-year-old family member made him do it.  I further learned that no charges were filed against Martinez by any jurisdiction.   The address reflected in that report for Martinez and his family was P.O. Box XXX, Bylas, AZ 85530.  I am familiar with the fact that PO Box addresses are common for residents on Indian country for mail receipt.

37.     On December 2, 2025, at my request, officers from San Carlos Apache Police Department went to XXX E. US Highway 70, #XXXX, Bylas, Arizona 85530 (seen in Attachment A) which was the residence they have known Martinez to live with his guardians.  They were also familiar with the fact that the property contained several family dwellings.   In body camera recordings, they knocked on the door of the residence marked with #8417 and talked to various of the family members to include Martinez himself who was inside the residence.  The officers told me they recognized Andreas Martinez.

38.     I also associated Andreas Martinez with other photos sent by the ESPs in a two of the Cybertips in this case. For example, Cybertip 209725236 from TikTok included a selfie-type picture of Martinez's face and him flashing a peace sign.  Cybertip 209818885

from Google included the following that was either uploaded by the user, obtained by the ESP, or obtained by NCMEC, and showed:



39.    Also, I did a publicly available Facebook search for the name Andreas Martinez and Bylas, Arizona, and noted several posts that visually matched Andreas Martinez.   I pulled up posts made on the Andreas Martinez, one of which was posted on [Redacted, Martinez's birthday), 2022, and showed a male animated character with a birthday cake and balloons with the text "San Carlos and Bylas Area today is my birthday Call me XXX-XXX-5268."  (Redacted and full known to me).   I did not see this phone number reflected by the Cybertips but also know that the phone numbers that were reflected from the 2025 activities were TracPhones and are sometimes used short term by customers. The following posts were also on the Andreas Martinez Facebook page that showed

17

Andreas Martinez who visually matched the photos above and the San Carlos Apache Police Department body camera video footage from December 2, 2025 showing him inside the XXX E. US Highway 70, #XXXX, Bylas, Arizona 85530 residence where the police department knew him to reside.







[On February 4, 2026, I drove by the residence and noted that there are two new residential structures, one to the left and one to the right of Martinez's residence with the "XXXX" numbering.  At the time of execution, it turned out that the residence had recently been built for Martinez.]

### Execution of Residence and Person Search Warrants

40. On February 18, 2025, law enforcement executed the two warrants and interviewed Martinez.  I located a cellular phone on Martinez's person in his pocket.  There was no password.  I looked in the photos / videos section of the phone and appeared to be several of the videos / images that were reported by the Cybertips and described above.  I also learned that Martinez had recently started living and sleeping in the small residence to the right of the residence we were authorized to search.  We asked Martinez for his consent to search the residence and he agreed.  Law enforcement located several notebooks and seized approximately six that had writings consistent with him writing about molesting minors.

41. The law enforcement agents advised Martinez of his *Miranda* warnings.  The interviewing agents, who knew that Martinez appeared to have some cognitive impairments, spent time explaining each of the rights to him to the point they felt like he understood them.  He admitted to the email address andreas.martinez644 (that was in the initial Cybertip).  He also admitted to accessing child pornography on a website.  He said his preference was for young boys.

42. One topic the interviewers covered was hands on offenses.  Martinez admitted to sexually abusing the 12 year old who lived in the house and his sexual abuse occurred as recently as December 2025 (the same boy who had been a victim of his when he was 15 years old).  Martinez said "yes" to the questions the agents asked about performing oral sex on the boy, and having the boy perform oral sex on him.  Martinez also said "yes" to the questions the agents asked about Martinez putting his penis into the boy's butt, and having the boy put the boy's penis into his butt.  The agents noted that Martinez was very

concerned about his phone and seemed worried that an agent had it.  When agents asked if he had pornography, he said no that he did not do that.  He appeared uncomfortable with questioning.

43.  Martinez said he got a new Apple iPhone in December 2025 and was required to give his Android phone to his mother.  Prior to giving the Android phone to his mother, Martinez said that he did a factory reset of the phone.  Martinez said that he has had at least 18 child pornography files on his electronics.   (Initially, Martinez said he had one of a boy approximately 10 years old, but then later in the interview he said the number of files he had was around 18 files.)

44.  The agents noted that Martinez seemed very uncomfortable and squirmed and wiggled in his chair during the interview, particularly in aspects of the interview that involved child pornography and child sexual abuse.  He was arrested at the conclusion of the interview.  He was processed and transported to Florence, AZ.

45.  One of the interviewing agents also saw some of the notebooks that were taken out of Martinez's residence (i.e. the one that was newly built).  They reflected handwriting where it appeared that Martinez wrote stories that implicated himself in the sexual abuse of known minors.  Further investigation is ongoing into whether these events really occurred.


//


//


22

## **CONCLUSION**

46.  I respectfully submit there is probable cause to believe that the federal criminal statute of Possession and Access with Intent to View Child Pornography, has been violated, in support of Martinez's arrest.

Respectfully submitted,

MICHAEL S WANTZ
Digitally signed by MICHAEL S WANTZ
Date: 2026.02.19 07:44:44 -07'00'

Michael Wantz
Special Agent
Homeland Security Investigations

Subscribed electronically and sworn to me telephonically this ___19th___ day of February 2026.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.02.19 08:11:49 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

23